TARA K. McGRATH
United States Attorney
ALICIA P. WILLIAMS, CBN 262823
Assistant United States Attorneys
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8917
alicia.williams@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE JOSEPH WELLINGER II,<br><br>Defendant. | Case No.: 24-cr-01591-LL<br><br>*JOINT* MOTION FOR PROTECTIVE ORDER RE DISCOVERY |

The parties, United States of America, by and through its counsel Tara K. McGrath, United States Attorney, and Alicia P. Williams, Assistant United States Attorneys, and the above-captioned defendant, GEORGE JOSEPH WELLINGER II, through his attorney Stefano Luciano Molea, hereby jointly move pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure for this Court to enter a Protective Order pertaining to pretrial discovery. To prevent premature and unwarranted disclosure of evidence to potential targets, subjects, witnesses, and unrelated third parties, to prevent threats to witnesses, and to allow the United States to make the discovery available for review by defense counsel, the parties jointly agree to the following:

1

1. Any discoverable documents that were filed under seal are unsealed for the limited purpose of allowing the United States to provide them to the defendant and defense counsel, and their assistants ("the defense") in discovery.

2. Any material produced by the United States in discovery ("discovery material") in this case is for use by the defense solely for investigating, preparing for trial, trial, and any appeals of this matter and for no other purpose.

3. The defense may not distribute, disseminate, disclose, or exhibit discovery material to any person who is not a part of the defense, except as further set forth herein.

4. The defense shall take all reasonable steps to: (a) maintain the confidentiality of the discovery material, and (b) safeguard the discovery material produced in this case from disclosure to or review by any third party.

5. The defense may share discovery material with any assistants, investigators, consultants, or experts retained by the defense in connection with this case, provided that the defense informs any such individual(s) of this Order and obtains his/her written agreement to be bound by its terms.

6. The defense may show the defendant and witnesses discovery materials as necessary for the preparation of the defense, but may not provide hard or electronic copies of the discovery material to, or leave a copy of the discovery material with, the defendant or witnesses absent further Order of the Court.

7. If defense counsel withdraws or is disqualified from participation in this case, the defense shall return any discovery material produced pursuant to the Order to the United States, or to replacement counsel, or to the defendant who is unrepresented by counsel, within 10 days.

8. The defense shall return any and all copies of the discovery material to the United States within 90 days of the conclusion of the proceedings in the above-referenced case, including any appeal.

9. To the extent that any criminal discovery materials were filed with the Court under seal, the defense shall file a motion to unseal the documents with notice to the United States before any pleadings or exhibits referencing or containing said materials may be publicly filed.

10. The parties, through their respective counsel of record, may request the Court to modify or amend the Protective Order as needed, either through stipulation or through motion to the Court.

11. Counsel of record shall sign a copy of this Protective Order, acknowledging its terms and agreeing to comply with them, and ensure that every member of his defense team is advised of the Order and agrees in writing to be bound by its terms.

DATED: September 11, 2024.

Respectfully Submitted,

TARA K. McGRATH
United States Attorney

/s/ *Alicia P. Williams*
ALICIA P. WILLIAMS
Assistant United States Attorney

/s/ *Stefano Luciano Molea*
STEFANO LUCIANO MOLEA
Attorney for Defendant
GEORGE JOSEPH WELLINGER II